**United States District Court**
For the Northern District of California

1

2             IN THE UNITED STATES DISTRICT COURT

3

4             FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6  EARTH ISLAND INSTITUTE, et al.,              No. C 03-0007 TEH

7             Plaintiffs

8     v.                                        **ORDER**

9  DONALD EVANS, et al.,

10            Defendants

11  _____/

12        Good cause appearing, it is HEREBY ORDERED that Defendants shall have

13  custody of the Administrative Record in this action pending appeal of this matter.

14  Accordingly, Defendants shall contact this Court's Courtroom Deputy (at 415 522-2047)

15  as soon as possible to make arrangements to collect the Administrative Record.

16

17

18  **IT IS SO ORDERED.**

19  DATED   9-14-05              _____

20                              THELTON E. HENDERSON
                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28