MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

MEREDITH L. FLAX, Trial Attorney
Wildlife & Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
P. O. Box 7369
Washington, D.C. 20044-7369
Telephone No:  (202) 305-0404
Facsimile No:  (202) 305-0275
meredith.flax@usdoj.gov

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-7180
Facsimile No:  (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., ) | Case No. C 03-0007 THE |
| ) | |
| Plaintiffs, ) | Honorable Thelton E. Henderson |
| ) | |
| v. ) | |
| ) | **MOTION FOR WITHDRAWAL AND NOTICE OF SUBSTITUTION OF COUNSEL** |
| DONALD EVANS et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**Motion for Withdrawal and Notice of Substitution of Counsel,** C-03-0007-THE

Undersigned counsel hereby notifies the Court that James Rubin has left the Department of Justice and, therefore, moves for his withdrawal as counsel for Federal Defendants in this matter. Meredith L. Flax is substituted as lead counsel for the Federal Defendants in the above-captioned case. Ms. Flax is signed up for e-filing in the Northern District of California and has an ECF account. Her email address is as follows: Meredith.Flax@usdoj.gov.

Service of all papers by U.S. Mail should be addressed as follows:

Meredith L. Flax  
United States Department of Justice  
Environment and Natural Resources Division  
Ben Franklin Station  
P.O. Box 7369  
Washington, D.C.  20044-7369  

Express deliveries (Fed-Ex, courier, etc.) should be addressed to:

Meredith L. Flax  
United States Department of Justice  
Environment and Natural Resources Division  
601 D Street, N.W.  
Room 3908  
Washington, D.C.  20004  

Ms. Flax's telephone number is (202) 305-0404.  Facsimiles may be transmitted to Ms. Flax at (202) 305-0275.

                Respectfully submitted this 27th day of April, 2007,

                MATTHEW J. MCKEOWN  
                Acting Assistant Attorney General  
                Environment and Natural Resources Division

                /s/ *Meredith L. Flax*  
                MEREDITH L. FLAX (DCBN 468016)  
                Trial Attorney  
                Wildlife & Marine Resources Section  
                United States Department of Justice  
                Environment & Natural Resources Division  
                P. O. Box 7369  
                Washington, D.C. 20044-7369  
                Telephone No:  (202) 305-0404  
                Facsimile No:  (202) 305-0275

                SCOTT N. SCHOOLS (SCSBN 9990)  
                United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone No: (415) 436-7180
Facsimile No:  (415) 436-6748

Attorneys for Defendants

**IT IS SO ORDERED**

Judge Thelton E. Henderson

05/01/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Motion for Withdrawal and Notice of Substitution of Counsel,** C-03-0007-THE