Richard J Mooney (CA Bar No. 176486)
Adam Brezine (CA Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 269-1999
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., <br><br> Plaintiffs/Appellees, <br><br> V. <br><br> DONALD EVANS, et al., <br><br> Defendants/Appellants. | Case No. C 03 0007 THE <br><br> **Hon. Thelton E. Henderson** <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO APPLICATION FOR REASONABLE ATTORNEYS FEES PENDING SETTLEMENT DISCUSSIONS |

WHEREAS, Plaintiffs-Appellees (collectively referred to as "Earth Island" or "Appellees") timely filed an Application for Reasonable Attorneys Fees Under the Equal Access to Justice Act ("Application") on June 25, 2007, in the Ninth Circuit Court of Appeals, along with a motion to transfer consideration of the Application to the District Court under Circuit Rule 39-1.8; and

WHEREAS, the Ninth Circuit Court of Appeals transferred consideration of the Application to this Court; and

WHEREAS, Counsel for the United States has indicated its intent to work with Earth Island to reach a settlement of this matter, and has requested that the time for the government to file a response to the Application not begin to run while the parties work toward such a settlement;

Stipulation and [Proposed] Order Extending Time to Respond to Fee Application
*Earth Island Institute v. Evans*, Case No. C-03-0007

#31306 v1

IT IS HEREBY STIPULATED AND AGREED that the time for the United States to file a response to the Application shall not begin to run while the parties attempt to settle the matter. In the event the parties are unable to settle, Earth Island shall notify this Court, and the response of the United States to the Application shall be due within 30 days after Earth Island files such notification with the Court.

Dated: July 25, 2007                    HOLME ROBERTS & OWEN LLP

By: _____
Richard J. Mooney
Attorneys for Earth Island

Dated: July 25, 2007                    U.S. DEPARTMENT OF JUSTICE

By: /s/ (submitted with consent)
Mark R. Haag
Attorneys for Federal Appellants

**SO ORDERED:**

_____
United States District Court Judge

#31306 v1

IT IS HEREBY STIPULATED AND AGREED that the time for the United States to file a response to the Application shall not begin to run while the parties attempt to settle the matter. In the event the parties are unable to settle, Earth Island shall notify this Court, and the response of the United States to the Application shall be due within 30 days after Earth Island files such notification with the Court.

Dated: July 23, 2007                    HOLME ROBERTS & OWEN LLP


By: _____
Richard J. Mooney
Attorneys for Earth Island


Dated: July 23, 2007                    U.S. DEPARTMENT OF JUSTICE


By: /s/ (submitted with consent)
Mark R. Haag
Attorneys for Federal Appellants


**SO ORDERED:**   The parties shall file a joint status statement on or before Monday, October 1, 2007

_____
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson — 07/27/07]

Stipulation and [Proposed] Order Extending Time to Respond to Fee Application
*Earth Island Institute v. Evans*, Case No. C-03-0007

#31306 v1